# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA RODRIGUEZ, et al., | Case No. SA CV 09-1149 JST (JCG) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| CALIFORNIA ATTORNEY GENERAL'S OFFICE, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 3·24·11

HON. JOSEPHINE S. TUCKER
UNITED STATES DISTRICT JUDGE

1